**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 112 EAL 2022

        Respondent   :

                         :   Petition for Allowance of Appeal
                         :   from the Order of the Superior Court

        v.   :

  :

ZAKEE HAMILTON,   :

  :

        Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.